# EXHIBIT 1

**From:** Diane Dalmy [mailto:ddalmy@earthlink.net]
**Sent:** Thursday, May 05, 2022 8:58 PM
**To:** Damillah Williams (Damillah_Williams@cod.uscourts.gov)
**Subject:** Dalmy Mental Health

Hi Damillah – thanks for your call Tuesday. And thank you for the approval re Telehealth. I have the appointment on Saturday, which I had scheduled personally. But my understanding from our call is that you were going to look for someone else suitable for me. And I very much appreciate the attention you are giving to this. To confirm, I will not be working with Brooke and thus don't have this scheduled session.

I had planned on starting the mental health sessions when I was done taking the serious pain medications because now is the time when I don't have two to three separate jobs so I can really focus in. I am looking forward to getting started.

Do you know the anticipated date when I might be scheduled?

Thank you for all you are doing on this.
Diane

**From:** Damillah Williams [mailto:Damillah_Williams@cod.uscourts.gov]
**Sent:** Friday, May 06, 2022 4:57 PM
**To:** Diane Dalmy
**Subject:** RE: Dalmy Mental Health

Good afternoon Diane,

I am still working on getting you a provider. As soon as I get this narrowed down, I will for sure ask this.

Did you ever get anything in the mail from the Court yet?



**Damillah Williams**
U.S. Probation Officer
District of Colorado
1929 Stout Street, Suite C-120
Denver, CO 80294
Office: 303-335-2476
Fax: 303-844-5439

**CONFIDENTIALITY NOTICE:** This email is intended only for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged and/or exempt from disclosure under applicable law. If you have received this message in error, please notify the sender of the error and delete the message. Thank you.

**From:** Damillah Williams [mailto:Damillah_Williams@cod.uscourts.gov]
**Sent:** Friday, May 06, 2022 4:59 PM
**To:** Diane Dalmy
**Subject:** RE: Dalmy Mental Health

Thank you for this response Diane. Unfortunately with the unexpected departure of Mary, I am asking that you please wait until I can get the concerns of your provider settled. I am working with Kevin on this and will for sure be in touch in the very near future on this issue. I am hoping I will know something early next week.

Thank you again for your patience and understanding,



**Damillah Williams**
U.S. Probation Officer
District of Colorado
1929 Stout Street, Suite C-120
Denver, CO 80294
Office: 303-335-2476
Fax: 303-844-5439

**CONFIDENTIALITY NOTICE:** This email is intended only for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged and/or exempt from disclosure under applicable law. If you have received this message in error, please notify the sender of the error and delete the message. Thank you.

# EXHIBIT 2

**From:** Mary Feeney Francis [mailto:mary.francis@lfsrm.org]
**Sent:** Friday, September 16, 2022 3:28 PM
**To:** margiecall77@gmail.com; ddalmy@earthlink.net; kanggaroux@gmail.com; jennifer.wickens@gmail.com; clairelouise5125@gmail.com; peter.ross.stein@gmail.com; mplacida6@gmail.com
**Cc:** Dismas Niyokumfasha; Sarah Feigelson; Mary Jay; Alula Arega
**Subject:** Congratulations! You've been matched with the SIMON family

Hello Diane, Sara, Jenn, and Claire

We are so excited to inform you that we have a family we believe you will be a great fit for: the SIMON family!
The SIMON family arrived here in Colorado yesterday evening, 9/15/2022. Originally from the Democratic Republic of the Congo, the family has been in Rwanda for the past 15 years.
Their first language is Kinyarwanda.

Diane, as team leader will be the primary point of contact for LFSRM staff when we need the team to assist us with appointments, job applications, school enrollment, etc. Her role will be to help each of you collaborate with each other and work together to help the family feel welcome in your area as well as support them in their journey towards self-sufficiency. Your team will be called Mosaic Team 208 so that when you log in to Better Impact to track your volunteer hours, you'll be able to get us credit for the work you're doing on behalf of this family.

Here's a bit about their family members:

**Case Members:**

| Name | Relation to PA | Gender | Age | Birth Date |
|---|---|---|---|---|
| SIMON, Habiyaremye | Principal Applicant | M | 39 years | 12/31/1982 |
| MULISA, Claudine | Wife | F | 30 years | 1/1/1992 |
| NDAYISABA, Tresor | Step Son | M | 15 years | 9/3/2007 |
| NTWALI, Samuel | Son | M | 11 years | 5/22/2011 |
| ISHIMWE, Justin | Son | M | 9 years | 1/15/2013 |
| MUGISHA, Christian | Son | M | 6 years | 10/15/2015 |
| MUSHIKIWABO, Jesca | Daughter | F | 5 years | 7/11/2017 |
| AKEZA, Dorcas | Daughter | F | 1.5 years | 3/11/2021 |

Of note is that dad, Habiyaremye, had a childhood illness that has affected his motor coordination as well as an issue with his arm that may require orthopedic intervention. It's possible that this may affect his ability to work and Claudine may end up being the primary breadwinner for the family, at least initially.
Here are a few tasks that you can anticipate LFSRM / the family needing your help with to the extent possible:

| Volunteer team agrees to: | LFSRM Agrees to: | Task (∞ = Required, ◊ = to the extent possible, * = Optional) | SIMON family specifics |
|---|---|---|---|
| | ∞ | Assist with apartment set up prior to arrival. | Gather furnishings – especially mattresses, as LFSRM doesn't have enough donated ones and would have to charge the family's R&P |
| * | ∞ | Meet the family at the airport and transport to new home. | The Simon family spent last night with a host family, John & Mary Waber: 19491 E Smoky Hill Rd, Centennial, CO 80015 720-320-7290 They should be moving into their new apartment today. |
| | ∞ | Find appropriate housing. | We've already located housing at: 2530 E. 14th Ave. Apt. #1 Denver, CO 80202 |
| * | ∞ | Provide basic furnishings for initial housing. | The "appreciated items" list attached has other things that the family will likely want and need. |
| * | ∞ | Provide initial clothing and other necessities. | LFSRM can give referrals to A Precious Child / Lovewell / Clothes 4 kids for free outfits for the family members. Coming from Rwanda, they likely will not have much cold-weather clothing and could use help getting it. |
| ◊ | ∞ | Assist with financial literacy. | -Help opening bank accounts -Understand budgeting / credit score -Help filing 2022 taxes next year |

| | | | |
|---|---|---|---|
| ◊ | ∞ | Assist with orientation to community. | Library cards<br>Public Transportation<br>-show how to use bus & lightrail<br>Grocery store shopping |
| | ∞ | Assist in applying for government assistance programs. | LFSRM will do the initial application for public benefits |
| ◊ | ∞ | Assist with transportation to initial health screening. | If possible, when this is scheduled, help with rides to Denver Health Clinic |
| * | ∞ | Register children in school within 30 days. | LFSRM will do the initial school enrollment / registration<br>-Team can help the kids find the bus stop<br>-Meet their teachers<br>-Parents understand the parent portal / help them get to parent-teacher conferences<br>-At the request of the school liaison, get kids enrolled in free/reduced lunch programs<br>-Explain homework folders, etc.<br>-Explain the school calendar year to family |
| ◊ | ∞ | Assist adults in learning English. | Mostly practice and encouragement to use English and to work hard in their classes |
| ◊ | ∞ | Help prepare adults to obtain and retain employment. | Explain job expectations in US<br>Practice for job interviews |

Muhoza is a former LFS intern/volunteer who is fluent in Kinyarwandan. She's offered to help interpret over the phone for the team to help facilitate communication, but she moved out of state so she won't be able to physically visit the family with you.
You've all completed these steps to volunteering; but here are some helpful links in case you have others who want to join you:

| | VOLUNTEERING PROCESS STEPS |
|---|---|
| 1 | Attend Refugee 101 & Co-sponsor / cultural mentor training class(es) |
| 2 | Fill out volunteer application |
| 3 | Complete background check (must pass) |
| 4 | Submit proof of Covid-19 vaccination to mary.francis@lfsrm.org with subject "vaccine record" |
| 5 | Begin working with family as an official LFS volunteer! |

**Mary Feeney Francis, MA**
Pronouns: she / her
Community Programs Supervisor
Refugee & Asylee Programs, Lutheran Family Services Rocky Mountains
1035 Osage St. Suite 725, Denver, CO 80204
Office: (303) 225-0199
www.lfsrm.org/programs-and-services/refugees/



# EXHIBIT 3



# THE MWEBAZA FOUNDATION, INC.

P.O. Box 353

Niwot, Colorado 80544-0353

mwebazafoundation@gmail.com

www.mwebaza.org

*The Mwebaza Foundation's mission is to enrich the relationships among our Colorado and African partner schools through cross-cultural exchange and service learning that enhances educational opportunities, fosters a healthy learning environment, and promotes self-sufficiency.*

April 15, 2021

To Whom It May Concern,

  As the Executive Director of the Mwebaza Foundation, I am writing in regard to Diane Dalmy, and her continued dedication and support of our work and mission. Diane has been a longtime supporter of the Mwebaza Foundation. Since 2017, Diane has supported our work to provided scholarships to children in need at our partner schools in Uganda. Throughout her time incarcerated, she continued to support 2 children with their school tuition requirements to ensure that they could receive a stable education throughout their elementary school careers.

  Since Diane's release, she has reaffirmed her commitment to our cause, by volunteering countless hours to develop an entrepreneurial curriculum that will be implemented at our partner schools. Diane has offered her valuable skills and knowledge of business and business management to create custom curriculums for the upper primary section of our partner schools that is not only grade level appropriate but also culturally sensitive to the conditions of the students with whom we work. This curriculum is part of our aim to establish self-sufficiency at each of our partner schools by implementing a variety of sustainable micro-industries, that will not only generate income for the school, but also educate the children to develop an entrepreneurial mindset that will better prepare them for their future as young leaders in their country.

  We are humbled by Diane's service to our Foundation. Our experiences with her have only reaffirmed Diane's authenticity, compassion, and good will for our communities abroad and our community at home. Please accept this letter as a testament to Ms. Dalmy's good character and respected involvement in our work.

Sincerely,

Devaki Douillard