IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00294-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

DIANE DALMY,

   Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

United States of America

DATED at Denver, Colorado this 28th day of June, 2023.

                              Andrea Surratt
                                  Name of Attorney
                            United States Attorney's Office
                                     Firm Name
                            1801 California Street, Suite 1600
                                   Office Address
                            Denver, CO, 80202
                                  City, State, ZIP Code
                            303-454-0100
                                  Telephone Number
                            Andrea.Surratt@usdoj.gov
                                  Primary CM/ECF E-mail Address

                COLE FINEGAN
                United States Attorney

By:   *s/ Andrea Surratt*
       ANDREA SURRATT
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       Telephone: 303-454-0100
       Fax:  303-454-0401
       E-mail: Andrea.Surratt@usdoj.gov
       Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on June 28, 2023, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

      By: s/ *Portia Peter*
PORTIA PETER
Legal Assistant
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail: Portia.Peter@usdoj.gov