IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 23-cr-00294-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DIANE DALMY,

    Defendant.
_____

# ORDER
_____

This matter comes before the Court on defendant Diane Dalmy's Motion to Terminate Supervision Pursuant to 18 U.S.C. § 3583(e) [Docket No. 2]. The government and the Probation Office oppose defendant's motion. Docket No. 5 at 1; Docket No. 6 at 4.

On May 15, 2018, the defendant was sentenced by Judge Jeffrey A. Meyer in the District of Connecticut to 36 months imprisonment and three years of supervised release for Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. §§ 371 and 1343. Docket No. 6-1 at 1-2. On December 7, 2018, after it was learned that defendant lied to the court about her financial assets, the defendant was re-sentenced by Judge Meyer to 60 months imprisonment and three years of supervised release. Docket No. 6 at 1.

On January 14, 2022, the defendant's supervised release commenced. *Id*. On June 13, 2023, defendant's supervised release was transferred to the District of Colorado. *Id*. The defendant has been on supervision for more than one year, which

makes her statutorily eligible for early termination pursuant to 18 U.S.C. § 3583(e)(1). *Id*.

The defendant has maintained a stable residence, has continuously been employed since the onset of supervised release, has been free of new law violations, has paid monthly toward the outstanding restitution, and has enrolled in therapy. *Id*. at 2.

However, the Court finds that, due to the defendant's history of deception and misrepresentations to the court and to the Probation Office, as noted in Docket No. 6, both before and after re-sentencing, it is appropriate that Ms. Dalmy remain on supervised release.

Wherefore, it is

**ORDERED** that defendant Diane Dalmy's Motion to Terminate Supervision Pursuant to 18 U.S.C. § 3583(e) [Docket No. 2] is **DENIED**.

DATED July 18, 2023.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge