# EXHIBIT 1

## REQUEST FOR PERMISSION TO TRAVEL OUTSIDE DISTRICT OF COLORADO
### TO BE SUBMITTED 3 WEEKS PRIOR TO TRAVEL (EMERGENCIES EXCEPTED)

NAME: _Diane Dahm_    OFFICERS' NAME: _D Williams_

ADDRESS: ██████████████████ _Denver   80206_

REQUEST FOR PERMISSION TO TRAVEL TO: _Portland_    _WA_
_Issaquah_

City _____   County _____   State

REQUEST TO LEAVE ON: _Oct. 4, 2023_   RETURN ON: _Oct 8, 2023_

I WILL TRAVEL BY:

Circle method of travel:    **Automobile**    (**Air**)    **Railway**    **Bus**

If by Automobile:

Make _____ Model _____ License No. _____

Color _____ Registered to _____

If by Air, Railway, or Bus:

Carrier _____ Flight/Other No. _____

PURPOSE OF TRAVEL: _Visit both daughters re wedding_

Name, Address and Telephone Number of Person with Whom You Will be Staying:
(If hotel/motel, provide that information)

_Ashley Dahm_    _daughter_    _no_

Name (person with whom I will stay)   Relationship   Prior Criminal Record?

_200 Rainier Blvd_  _Issaquah WA 98027_  _303 615-5105_

Street Address   City   State   Zip   Daytime Phone   Evening Phone

Other Persons I Plan to Contact:   Prior Criminal Record:

_Marian Dougherty - daughter_    _no_

ESTIMATED TOTAL COST: (Travel/lodging/food)   _$ - unknown_

SOURCE OF FUNDS TO PAY ABOVE COSTS:   _daughter_

ANSWER THE FOLLOWING:

1. Are you current on fine/restitution payments?   ☒ Yes   ☐ No   ☐ N/A
2. Do you have any pending charges?   ☐ Yes   ☒ No   If yes, explain _____

Signature: _Diane Dahm_    Date: _09-21-23_

USPO Approved: _____    Date: _____

PROB37A-D/CO 06/03