**EXHIBIT 2**

**From:** Diane Dalmy [mailto:ddalmy@earthlink.net]
**Sent:** Wednesday, August 30, 2023 7:33 AM
**To:** Damillah Williams (Damillah_Williams@cod.uscourts.gov)
**Subject:** RE: Dalmy Travel Request

Good morning – could you please respond to my pre-approval request. My daughter has been checking flights and every time she looks they have increased in price. Thanks.

Diane

**From:** Diane Dalmy [mailto:ddalmy@earthlink.net]
**Sent:** Monday, August 21, 2023 1:17 PM
**To:** Damillah Williams (Damillah_Williams@cod.uscourts.gov)
**Subject:** Dalmy Travel Request

Damillah: Attached is travel request form for October $4^{th} - 8^{th}$ for Issaquah.

Thanks.
Diane