**EXHIBIT 3**

**From:** Damillah Williams [mailto:Damillah_Williams@cod.uscourts.gov]
**Sent:** Wednesday, September 06, 2023 9:57 AM
**To:** Diane Dalmy
**Subject:** RE: Dalmy Travel Request

Good morning,

I will respond and advise by Friday on your travel request.

Thank you,



**Damillah Williams**
U.S. Probation Officer
District of Colorado
1929 Stout Street, Suite C-120
Denver, CO 80294
Office: 303-335-2476
Fax: 303-844-5439

**CONFIDENTIALITY NOTICE:** This email is intended only for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged and/or exempt from disclosure under applicable law. If you have received this message in error, please notify the sender of the error and delete the message. Thank you.

**From:** Diane Dalmy <ddalmy@earthlink.net>
**Sent:** Wednesday, August 30, 2023 7:33 AM
**To:** Damillah Williams <Damillah_Williams@cod.uscourts.gov>
**Subject:** RE: Dalmy Travel Request

**CAUTION - EXTERNAL:**

Good morning – could you please respond to my pre-approval request. My daughter has been checking flights and every time she looks they have increased in price. Thanks.

Diane

**From:** Diane Dalmy [mailto:ddalmy@earthlink.net]
**Sent:** Monday, August 21, 2023 1:17 PM
**To:** Damillah Williams (Damillah_Williams@cod.uscourts.gov)
**Subject:** Dalmy Travel Request

Damillah: Attached is travel request form for October 4th – 8th for Issaquah.

Thanks.
Diane

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.