**EXHIBIT 4**

**From:** Diane Dalmy [mailto:ddalmy@earthlink.net]
**Sent:** Tuesday, August 29, 2023 8:48 AM
**To:** Damillah Williams (Damillah_Williams@cod.uscourts.gov)
**Subject:** FW: Diane Dalmy 2022 Federal Income Tax Return on 8.28.23

Damillah: attached is the 2022 individual tax return, which is completed. On line one, it reflects $19,923 in gross income. The CPA informed me, however, that $13,323 is gross income from WF and $6,000 is what he recorded as transfers from my business account to myself as an individual and declared as wages. This is for a tax reason. Otherwise, my Schedule C reflects gross income from SA of $45,000 and $3,952.50 from CPA.

For your purposes, gross income is as follows:

| | |
|---|---|
| S&A | $45,000.00 |
| CPA | 3,952.50 |
| WF | 13,323.41 |
| SS | 30,391.00 |

Total:  $92,666.91

The government took out $335.70 for restitution from my 2022 January, February and March SS benefits. Then we had increase in benefits. The government increased the deduction amount to $354.45 April through December 2022.

SS payments:
| | | |
|---|---|---|
| | January – March | $1,007.10 |
| | April –December | 3,190.05 |
| Total: | | $4,197.15 |

Amounts I paid from my checking account
| | | |
|---|---|---|
| | Jan – Dec 2022 | $4,558.65 |
| | January 2023 | 545.55 |

Total paid for restitution:    $9,301.35


Diane

---

**From:** Robin Hult [mailto:robin@hultcpa.com]
**Sent:** Monday, August 28, 2023 11:25 AM
**To:** Diane Dalmy
**Cc:** Robin Hult

**Subject:** Diane Dalmy 2022 Federal Income Tax Return on 8.28.23

Diane:

This is the return that will be EFiled on your behalf.

### Mr. Robin Hult CPA
Hult CPA Firm, PC
2600 S. Rock Creek Pkwy #21-203
Superior, CO  80027
303-447-3114 cell/office.   303-447-1635 fax

This email is Confidential, Privileged and protected from disclosure. IRS Circular 230 Notice: **Any tax advice contained in this correspondence is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.**

Dalmy_Diane_2022_F...28.pdf
153 KB