**EXHIBIT 5**

**From:** Damillah Williams [mailto:Damillah_Williams@cod.uscourts.gov]
**Sent:** Friday, September 08, 2023 3:27 PM
**To:** Diane Dalmy
**Subject:** RE: Diane Dalmy 2022 Federal Income Tax Return on 8.28.23

Good afternoon,

After careful review of your 2022 tax return and email you supplied below, the record from the Clerks Office indicate you only paid $7506.97 in restitution payments not the $9,301.35 you are reflecting in this email.

The income based on the numbers you provided in this email of your income of $92,666.91 reflects for the year 2022 the restitution balance paid to the court should've been $9,966.70 which means you are currently past due in your restitution balance of $1,759.73.

Once this past due balance for 2022 is paid and up to date, you can re-submit your request for travel for reconsideration to the probation office.

Thank you,



**Damillah Williams**
U.S. Probation Officer
District of Colorado
1929 Stout Street, Suite C-120
Denver, CO 80294
Office: 303-335-2476
Fax: 303-844-5439

**CONFIDENTIALITY NOTICE:** This email is intended only for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged and/or exempt from disclosure under applicable law. If you have received this message in error, please notify the sender of the error and delete the message. Thank you.

**From:** Diane Dalmy <ddalmy@earthlink.net>
**Sent:** Tuesday, August 29, 2023 8:48 AM
**To:** Damillah Williams <Damillah_Williams@cod.uscourts.gov>
**Subject:** FW: Diane Dalmy 2022 Federal Income Tax Return on 8.28.23

**CAUTION - EXTERNAL:**

Damillah: attached is the 2022 individual tax return, which is completed. On line one, it reflects $19,923 in gross income. The CPA informed me, however, that $13,323 is gross income from WF and $6,000 is what he recorded as transfers from my business account to myself as an individual and declared as wages. This is for a tax reason. Otherwise, my Schedule C reflects gross income from SA of $45,000 and $3,952.50 from CPA.

For your purposes, gross income is as follows:

| | |
|---|---:|
| S&A | $45,000.00 |
| CPA | 3,952.50 |
| WF | 13,323.41 |
| SS | 30,391.00 |

Total: $92,666.91

The government took out $335.70 for restitution from my 2022 January, February and March SS benefits. Then we had increase in benefits. The government increased the deduction amount to $354.45 April through December 2022.

SS payments:
| | | |
|---|---|---:|
| | January – March | $1,007.10 |
| | April –December | 3,190.05 |
| Total: | | $4,197.15 |

Amounts I paid from my checking account
| | | |
|---|---|---:|
| | Jan – Dec 2022 | $4,558.65 |
| | January 2023 | 545.55 |

Total paid for restitution:      $9,301.35


Diane


**From:** Robin Hult [mailto:robin@hultcpa.com]
**Sent:** Monday, August 28, 2023 11:25 AM
**To:** Diane Dalmy
**Cc:** Robin Hult
**Subject:** Diane Dalmy 2022 Federal Income Tax Return on 8.28.23

Diane:

This is the return that will be EFiled on your behalf.

## Mr. Robin Hult CPA
**Hult CPA Firm, PC**
2600 S. Rock Creek Pkwy #21-203
Superior, CO  80027
303-447-3114 cell/office.   303-447-1635 fax

This email is Confidential, Privileged and protected from disclosure. IRS Circular 230 Notice: Any tax advice contained in this correspondence is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.