# EXHIBIT 6

**Single Liability Payment History**
Time run: 8/18/2023 10:20:59 AM

| Collection Office | USAO | Collection District | CT | Last Name | Dalmy | First Name | Diane | CDCS Number | 2017A30882 | Court Number | 3:18CR21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Collect Type | 6 | Priority Code | 03 | | | | | | | Current Liability | $1,921,113.14 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Scheduled Payment Amount | Deposit Number | Check Number | BOP Deposit Number | Scheduled Payment Date | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000041 | PMNT | 07/23/2018 | CL | A | Diane Dalmy | | | CTXN00017451 | BOP | | 07/31/2018 | $100.00 |
| 000042 | PMNT | 07/23/2018 | CL | A | Diane Dalmy | | | CTXN00017452 | BOP | | 07/31/2018 | $6,000.00 |
| 000053 | PMNT | 09/05/2018 | CL | A | Diane Dalmy | | | CTXN00017722 | BOP | | 09/14/2018 | $10,000.00 |
| 000081 | PMNT | 12/20/2018 | CL | A | Diane Dalmy | | | CTXN00018392 | BOP | | 01/01/2019 | $47,400.00 |
| 000187 | PMNT | 06/11/2019 | CB | A | Diane Dalmy | | | | BOP | | 07/23/2019 | $25.00 |
| 000209 | PMNT | 08/12/2019 | CB | A | Diane Dalmy | | | | BOP | | 09/13/2019 | $29.64 |
| 000239 | PMNT | 09/10/2019 | CB | A | Diane Dalmy | | | | BOP | | 10/17/2019 | $28.26 |
| 000265 | PMNT | 10/10/2019 | CB | A | Diane Dalmy | | | | BOP | | 12/05/2019 | $25.00 |
| 000269 | PMNT | 11/12/2019 | CB | A | Diane Dalmy | | | | BOP | | 12/05/2019 | $28.63 |
| 000291 | PMNT | 12/10/2019 | CB | A | Diane Dalmy | | | | BOP | | 01/15/2020 | $25.77 |
| 000326 | PMNT | 01/09/2020 | CB | A | Diane Dalmy | | | | BOP | | 02/08/2020 | $28.01 |
| 000349 | PMNT | 02/11/2020 | CB | A | Diane Dalmy | | | | BOP | | 03/07/2020 | $30.06 |
| 000364 | PMNT | 03/11/2020 | CB | A | Diane Dalmy | | | | BOP | | 04/09/2020 | $25.00 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000382 | PMNT | 04/09/2020 | CB | A | Diane Dalmy | | BOP | | 05/08/2020 | $30.19 |
| 000401 | PMNT | 05/11/2020 | CB | A | Diane Dalmy | | BOP | | 06/04/2020 | $36.23 |
| 000427 | PMNT | 06/09/2020 | CB | A | Diane Dalmy | | BOP | | 07/15/2020 | $25.00 |
| 000473 | PMNT | 09/09/2020 | CB | A | Diane Dalmy | | BOP | | 10/21/2020 | $25.00 |
| 000566 | PMNT | 03/18/2021 | CL | A | Diane Dalmy | | 022943 | | 03/23/2021 | $400.00 |
| 000660 | PMNT | 09/28/2021 | CL | A | Diane Dalmy | | 023888 | | 09/30/2021 | $500.00 |
| 000683 | PMNT | 11/24/2021 | TR | A | Diane Dalmy | | TOP | | 12/12/2021 | $320.87 |
| 000695 | PMNT | 12/22/2021 | TR | A | Diane Dalmy | | TOP | | 01/08/2022 | $320.87 |
| 000710 | PMNT | 01/25/2022 | CL | A | Diane Dalmy | | 024433 | | 01/27/2022 | $200.00 |
| 000714 | PMNT | 01/26/2022 | TR | A | Diane Dalmy | | TOP | | 02/16/2022 | $338.72 |
| 000726 | PMNT | 02/23/2022 | CL | A | Diane Dalmy | | 024591 | | 03/01/2022 | $200.00 |
| 000733 | PMNT | 02/23/2022 | TR | A | Diane Dalmy | | TOP | | 03/12/2022 | $338.72 |
| 000750 | PMNT | 03/24/2022 | CL | A | Diane Dalmy | | 024738 | | 04/01/2022 | $200.00 |
| 000784 | PMNT | 03/23/2022 | TR | A | Diane Dalmy | | TOP | | 04/09/2022 | $338.72 |
| 000807 | PMNT | 04/21/2022 | CL | A | Diane Dalmy | | 024860 | | 04/27/2022 | $200.00 |
| 000831 | PMNT | 05/10/2022 | CL | A | Diane Dalmy | | 024980 | | 05/20/2022 | $320.00 |
| 000858 | PMNT | 06/14/2022 | CL | A | Diane Dalmy | | 025138 | | 06/17/2022 | $445.55 |
| 000862 | PMNT | 04/27/2022 | TR | A | Diane Dalmy | | TOP | | 06/18/2022 | $339.62 |

| Sequence | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000873 | PMNT | 05/25/2022 | TR | A | Diane Dalmy | | TOP | | 06/22/2022 | $339.62 |
| 000888 | PMNT | 06/22/2022 | TR | A | Diane Dalmy | | TOP | | 07/12/2022 | $339.62 |
| 000901 | PMNT | 07/19/2022 | CL | A | Diane Dalmy | | 025330 | | 07/21/2022 | $145.55 |
| 000924 | PMNT | 07/27/2022 | TR | A | Diane Dalmy | | TOP | | 08/16/2022 | $339.62 |
| 000937 | PMNT | 08/17/2022 | CL | A | Diane Dalmy | | 025484 | | 08/20/2022 | $345.55 |
| 000952 | PMNT | 08/24/2022 | TR | A | Diane Dalmy | | TOP | | 09/13/2022 | $339.62 |
| 000969 | PMNT | 09/15/2022 | CL | A | Diane Dalmy | | 025650 | | 09/16/2022 | $425.55 |
| 000995 | PMNT | 09/28/2022 | TR | A | Diane Dalmy | | TOP | | 10/18/2022 | $339.62 |
| 001006 | PMNT | 10/18/2022 | CL | A | Diane Dalmy | | 025817 | | 10/20/2022 | $420.55 |
| 001026 | PMNT | 10/26/2022 | TR | A | Diane Dalmy | | TOP | | 11/18/2022 | $336.37 |
| 001032 | PMNT | 11/22/2022 | CL | A | Diane Dalmy | | 025991 | | 11/29/2022 | $432.05 |
| 001042 | PMNT | 11/23/2022 | TR | A | Diane Dalmy | | TOP | | 12/13/2022 | $336.37 |
| 001057 | PMNT | 12/22/2022 | CL | A | Diane Dalmy | | 026142 | | 12/28/2022 | $445.55 |
| 001079 | PMNT | 12/28/2022 | TR | A | Diane Dalmy | | TOP | | 01/19/2023 | $336.37 |
| 001088 | PMNT | 01/19/2023 | CL | A | Diane Dalmy | | 026278 | | 01/24/2023 | $545.55 |
| 001098 | PMNT | 01/25/2023 | TR | A | Diane Dalmy | | TOP | | 02/11/2023 | $370.27 |
| 001118 | PMNT | 02/23/2023 | CL | A | Diane Dalmy | | 026479 | | 02/26/2023 | $461.65 |

| Sequence | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 001122 | PMNT | 02/22/2023 | TR | A | Diane Dalmy | | TOP | | 03/11/2023 | $370.27 |
| 001147 | PMNT | 03/22/2023 | CL | A | Diane Dalmy | | 026600 | | 03/24/2023 | $436.85 |
| 001157 | PMNT | 03/22/2023 | TR | A | Diane Dalmy | | TOP | | 04/08/2023 | $370.27 |
| 001172 | PMNT | 04/13/2023 | CL | A | Diane Dalmy | | 026731 | | 04/15/2023 | $430.65 |
| 001201 | PMNT | 04/26/2023 | TR | A | Diane Dalmy | | TOP | | 05/13/2023 | $370.27 |
| 001211 | PMNT | 05/16/2023 | CL | A | Diane Dalmy | | 026876 | | 05/18/2023 | $438.11 |
| 001232 | PMNT | 05/24/2023 | TR | A | Diane Dalmy | | TOP | | 06/15/2023 | $370.27 |
| 001241 | PMNT | 06/15/2023 | CL | A | Diane Dalmy | | 027022 | | 06/22/2023 | $428.26 |
| 001270 | PMNT | 06/28/2023 | TR | A | Diane Dalmy | | TOP | | 07/18/2023 | $370.27 |
| 001285 | PMNT | 07/18/2023 | CL | A | Diane Dalmy | | 027201 | | 07/20/2023 | $407.03 |
| 001303 | PMNT | 07/26/2023 | TR | A | Diane Dalmy | | TOP | | 08/12/2023 | $370.27 |
| Grand Total | | | | | | | | | | $78,986.86 |

Last Name : dalmy, First Name : diane, CDCS Number : 2017A30882, Report Date : 8/18/2023

# Single Liability Reversal History

Time run: 8/18/2023 10:20:59 AM

**No Results**
The specified criteria didn't result in any data.

Data As Of : **08/17/2023**
Last Name/Business : **dalmy** First Name : **diane** Case Name : **US VS COREY BRINSON**
DOJ Attorney Name :   Liability Status :   Liability Class :
CDCS Number/Seq. : **2017A30882** DJ Number :   CMN Number :
Litigation USAO Number :   Court Number : **3:18CR21** PC Indicator :