# EXHIBIT 8

September 12, 2023

United States District Court

Attn: Clerk's Office

141 Church Street

New Haven, CT 06510

Re:  3:18-cr-00021-JAM.

    Further restitution owed for fiscal year 2022

To Whom It May Concern:

Enclosed please find a check in the amount of $308.19 for payment towards the full amount of restitution owed for fiscal year 2022. I owe an aggregate of $8,884.69 in restitution, which is 10% of my supervised release income of $88,846.94.

However, based on two small errors in my calculations of gross income, I underpaid restitution by $308.19 as described below:

    (a)    When the Social Security Administration reported that it would be withholding 15% of my monthly SSI, I reasonably believed that the amount would be constant monthly, because my check was a constant payment.

            The amount credited by the Clerk to my restitution was not a full 15% and fluctuated monthly. But as reflected in my SSA-1099, the Social Security Administration reported that it withheld $4,250.70. Giving credit to this number that I actually paid (when the January 2023 payment is included), the amount paid in 2022 was $8,576.50.

    (b)    When I received my SSA-1099 and consulted with my CPA, the tax preparer, I learned that the Social Security Administration considers my gross income from Social Security to include Medicare Part B payments made on my behalf and the $4,250.70 garnished from my monthly payment. Including these items made my Social Security gross income $30,391.20. This means that I inadvertently understated my gross income by $6,291.90, because I only counted money I received from Social Security (excluding the amount deducted by the DOJ).

            I should have paid $8,884.69 in restitution, which is 10% of my supervised release income of $88,846.94. I was short by $308.19, which is the amount of the check included herewith.

Please take note of this and place letter in my file.

Thank you.

Diane D. Dalmy