# EXHIBIT 9

**From:** Damillah Williams [mailto:Damillah_Williams@cod.uscourts.gov]
**Sent:** Thursday, September 14, 2023 7:26 AM
**To:** Diane Dalmy
**Subject:** RE: Diane Dalmy 2022 Federal Income Tax Return on 8.28.23

As noted in the previous email, there was an obvious typo in the restitution and the correct restitution amount for 2022 is $9,266.69.

Restitution as stated in your J&C is due by the 30th of each month of 10% of your gross income or $500 per month, whichever is greater.

You began supervised release on 1/14/22 and began payments on 1/25/22. Between January 2022 and December 2022 you paid a total of $7,506.97 in restitution but reported an income for the year in the amount of $92,666.91 therefore, you should've paid $92,266.69. As a result, you are past due in the amount of $1,759.72 just for 2022 restitution payments. This has been reviewed and decided by both probation and the Financial Litigation Unit (FLU) for the D/CT where your restitution is due.

There has been no determination of payments you made for the 2023 year therefore, any payments made after December 31, 2022 has no reflection on your reported restitution paid for your income on your tax return for 2022 just as I wouldn't include or cite any income you made after December 31, 2023 and expect it be claimed on your 2022 tax return.



**Damillah Williams**
U.S. Probation Officer
District of Colorado
1929 Stout Street, Suite C-120
Denver, CO 80294
Office: 303-335-2476
Fax: 303-844-5439

**CONFIDENTIALITY NOTICE:** This email is intended only for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged and/or exempt from disclosure under applicable law. If you have received this message in error, please notify the sender of the error and delete the message. Thank you.