# EXHIBIT 10

September 14, 2023

United States District Court

Attn: Clerk's Office

141 Church Street

New Haven, CT 06510


Re:  3:18-cr-00021-JAM.

      Further restitution owed for fiscal year 2022

To Whom It May Concern:

Enclosed please find a check in the amount of $1,451.54 for payment towards my 2022 restitution obligation. I am making this payment in protest.

As noted in my prior letter dated September 12, 2023, I believe that my restitution obligation for 2022 is $8,884.69, which is 10% of my **supervised release** income of $88,846.94. I previously mailed payment in the amount of $308.19 together with my letter to the Court dated September 12, 2023 to fully meet my financial obligation of $8,884.69.

However, the probation officer, Damillah Williams, is of the position that I owe further restitution in the aggregate amount of $1,759.73 based on certain calculations. I am in full disagreement regarding her calculations. To ensure that I am compliant, however, I am making payment in the amount of $1,451.54 which, in the event such calculations are subsequently determined to be inaccurate, I assume my further payment of $1,451.54 will be credited towards my restitution obligation for 2023.

Please take note of this and place letter in my file.

Thank you.

Diane D. Dalmy