IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 23-cr-294-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DIANE DALMY,

    Defendant.

## RESPONSE TO MOTION TO TRAVEL

    The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits the following response to defendant Diane Dalmy's motion to travel (the "Motion"). ECF #11.

    The Government has spoken at length with Probation Officer ("PO") Damillah Williams and District of Connecticut Financial Litigation Unit ("FLU") AUSA Christine Sciarrino regarding the defendant's restitution obligation in this matter.  Because PO Williams thoughtfully and thoroughly discusses the defendant's financial position and obligations in her September 26, 2023, response to the defendant's Motion, the Government will not repeat that analysis here.  Ultimately, after the defendant filed her Motion, the Probation Office was able to verify that the defendant is no longer in arrears on her restitution obligation for 2022.  Accordingly, the Government does not oppose the instant travel request.

    However, it is abundantly clear that the defendant has chosen to make it as

difficult as possible for the Probation Office to determine what income the defendant is earning, what restitution has been paid, and the source of her assets.  In theory, this exercise should not be complicated—the defendant has a $2,000,000 joint and several restitution obligation, which was due immediately upon entry of judgment in her criminal case.  18-cr-21-JAM (D.Conn) ECF #22).  The defendant owes restitution in installments of not less than $500 per month or 10% of her gross monthly income, whichever is greater, due on the 1st of each month.  *Id*.  Since the defendant last year earned income of $93,875.03 from multiple different sources, she can certainly afford to pay the required amount toward making her victims whole.  Instead of simply complying with these obligations, however, she continues to engage in mathematical gymnastics to avoid paying what she owes, when she owes it.  The Government expects that, with respect to future travel requests, the Probation Office will (rightly) continue to be exacting in its requirement that the defendant remain current on her restitution obligation before it will consider granting any permissions to the defendant.

      Finally, as noted in PO Williams's memo, the Government is aware that the defendant has in her possession $4,500 cash and $19,000 in certified checks.  Troublingly, the source of this money is not clear.  But regardless of the source, it likely qualifies as income.  The Government expects that the Probation Office and the District of Connecticut FLU will be exploring the provenance of this money and, if appropriate, requiring the defendant to contribute all or a portion of it to her restitution obligation.

Respectfully submitted this 26th day of September, 2023.

        COLE FINEGAN
        United States Attorney

    By: *s/ Andrea Surratt*
       Andrea Surratt
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California St., Suite 1600
       Denver, CO 80202
       Telephone: (303) 454-0100
       e-mail: Andrea.Surratt@usdoj.gov
       Attorney for the Government

Copy mailed to:
Diane Dalmy
2000 East 12th Avenue #32
Denver, CO 80206