IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 23-cr-00294-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DIANE DALMY,

    Defendant.

_____

# ORDER
_____

    This matter is before the Court on that portion of defendant Diane Dalmy's Motion for Permission to Travel and for Other Relief [Docket No. 11] that seeks permission to travel to Seattle, Washington from October 4, 2023 through October 8, 2023. *Id*. at 1.  The Probation Department and the United States do not oppose this travel.  Docket No. 14 at 4; Docket No. 15 at 1.  Wherefore, it is

    **ORDERED** that the portion of defendant's Motion for Permission to Travel and for Other Relief requesting permission to travel to Seattle, Washington, Docket No. 11, is GRANTED.  It is further

    **ORDERED** that defendant Diane Dalmy may travel to Seattle, Washington, from October 4, 2023 through October 8, 2023.  It is further

**ORDERED** that defendant Diane Dalmy shall provide her travel schedule to her supervising probation officer in advance of her travel.

DATED September 27, 2023.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge