# EXHIBIT 15

PROB 48D
(Rev. 9/00)

# DECLARATION OF DEFENDANT OR OFFENDER
# NET WORTH & CASH FLOW STATEMENTS

I, ~~Diane Dalmy~~

residing at

2000 East 12th Avenue
Suite 32
Denver, Colorado 80206

have completed the attached ☒ Net Worth Statement (Prob. Form 48) or ☐ Net Worth Short Form Statement (Prob. Form 48EZ) and/or ☒ Cash Flow Statement (Prob. Form 48B) that fully describe my financial resources, including a complete listing of all assets owned or controlled by me as of this date and any transfers or sales of assets since my arrest. The Cash Flow Statement (Prob. Form 48B) also includes my financial needs and earning ability and the financial needs and earning ability of my spouse (or significant other) and my dependent(s) living at home.

Net Worth Statement (Total pages, including additional pages 8    )

Net Worth Short Form Statement (Total pages, including additional pages ____ )

Cash Flow Statement (Total pages, including additional pages 3    )

☒ I declare under penalty of perjury that the foregoing is true and correct; or

☐ False statements may result in revocation of supervision, in addition to possible prosecution under the provisions of 18 U.S.C. § 1001, which carries a term of imprisonment of up to 5 years and a fine of up to $250,000, or both.

_____
(Defendant Signature)

Executed on

26 day of March , 2018

PROB 48
(Rev. 9/00)

| Last Name | First Name | Middle Name | Social Security Number |
|---|---|---|---|
| Dalmy | Diane | Dishlacoff | ███████ |

## Instructions for Completing Net Worth Statement

Having been convicted in the United States District Court, you are required to prepare and file with the probation officer an affidavit fully describing your financial resources, including a complete listing of all assets you own or control as of this date and any assets you have transferred or sold since your arrest. Amendments were made to 18 U.S.C. §§ 3663(a)(1)(B)(i), 3664(d)(3), and 3664(f)(2), and Rule 32(b)(4)(F) to clarify that the assets owned, jointly owned, or controlled by a defendant, and liabilities are all relevant to the court's decision regarding the ability to pay. Your Net Worth Statement should include assets or debts that are yours alone (I-Individual), assets or debts that are jointly (J-Joint) held by you and a spouse or significant other, assets or debts that are held by a spouse or significant other (S-Spouse or Significant Other) that you enjoy the benefits of or make occasional contributions toward, and assets or debts that are held by a dependent (D-Dependent) that you enjoy the benefits of or make occasional contributions toward.

If you are placed on probation or supervised release (or other types of supervision), you may be periodically required to provide updated information fully describing your financial resources and those of your dependents, as described above, to keep a probation officer informed concerning compliance with any condition of supervision, including the payment of any criminal monetary penalties imposed by the court (see 18 U.S.C. § 3603).

Please complete the Net Worth Statement in its entirety. You must answer "None" to any item that is not applicable to your financial condition. Attach additional pages if you need more space for any item. All entries must be accompanied by supporting documentation (see Request for Net Worth Statement Financial Records (Prob. 48A)). Initial and date each page (including any attached pages). Also, sign, date, and attach the Declaration of Defendant or Offender Net Worth & Cash Flow Statements (Prob. 48D).

PROB 48
(Rev. 9/00)

**Last Name -** Dalmy

# NET WORTH STATEMENT

**NOTE:  I = Individual  J = Joint    S = Spouse/Significant Other         D = Dependent**

## ASSETS

**BANK ACCOUNTS** (Include all personal and businesses checking and savings accounts, credit unions, money markets, certificates of deposit, IRA and KEOGH accounts, Thrift Savings, 401K, etc.)

|  | I/J S/D | Name of Institution | Address | Type of Account | Account Number | Personal or Commercial | Balance |
|---|---|---|---|---|---|---|---|
| Section A | I | Wells Fargo | 2500 E 2nd Avenue, Suite 101, Denver CO  80206 | see attached | | commercial | 67,864 |
| | I | E-Plan Services Inc. | 4300 Kittredge St., Denver CO | IRA | | commerical | 97,214 |
| | I | Colorado Pera | P.O. Box 5800 Denver CO | PERA | 1-054-I | commerical | 9,771 |
| | | | | | | | |
| | | | | | | | |

**SECURITIES** (Include all stocks in public corporations, stocks in businesses you own or have an interest in, bonds, mutual funds, U.S. Government securities, etc.)

|  | I/J S/D | Name and Kind of Security | Location of Security | Number of Units | Fair Market Value |
|---|---|---|---|---|---|
| Section B | I | common stock - RETC | Scottrade | 150,000 | 13,566 |
| | I | membership interest - ~~Mt. Elbert~~ *Project Summitt* LLC | n/a | 450 | 0 |
| | I | common stock - Summit International Equity Connections Inc. | n/a | 100 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |

**MONEY OWED TO YOU BY OTHERS** (Include all money owed to you by any person or entity.)

|  | I/J S/D | Name and Address of Debtor | Amount Owed to You | Reason Owed to You | Date Money Loaned | Relationship to Debtor (if any) | Monthly Payment or Date Full Payment Expected | Is Debt Collectible ? |
|---|---|---|---|---|---|---|---|---|
| Section C | I | Mt. Elbert LLC 12268 Deerfield Way | 633,000 | business loan | 09/01/2017 | equity owner | $7,015 | no |
| | I | Nicole Dalmy | 9,700 | personal loan | 06/01/2010 | ex-daughter in law | 270 | no |
| | I | Adrian Dalmy 12268 Deerfield Way | 55,000 | personal loan | 01/01/2012 | son | 300 | no |
| | I | Skyview Holdings LLC | 45,000 | due diligence fee | 01/01/2017 | business | | no |

Initials _____   Date 03/26/2018