# EXHIBIT 16

| Form **1040** | Department of the Treasury—Internal Revenue Service (99) <br> **U.S. Individual Income Tax Return** | **2020** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |

**Filing Status** Check only one box. ☒ Single ☐ Married filing jointly ☐ Married filing separately (MFS) ☐ Head of household (HOH) ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Diane | Dalmy | |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions. **2000 E 12th Ave**  Apt. no. **32**

City, town, or post office. If you have a foreign address, also complete spaces below. **Denver**  State **CO**  ZIP code **80206**

Foreign country name    Foreign province/state/county    Foreign postal code

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency? ☐ Yes ☒ No

**Standard Deduction** Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☒ Were born before January 2, 1956 ☐ Are blind  Spouse: ☐ Was born before January 2, 1956 ☐ Is blind

**Dependents** (see instructions):
(1) First name  Last name   (2) Social security number   (3) Relationship to you   (4) ✔ If qualifies for (see instructions): Child tax credit / Credit for other dependents

If more than four dependents, see instructions and check here ▶ ☐

| | | | | |
|---|---|---|---|---|
| | 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 1 | 3,567. |
| Attach Sch. B if required. | 2a | Tax-exempt interest    2a           b Taxable interest | 2b | 10. |
| | 3a | Qualified dividends   3a           b Ordinary dividends | 3b | |
| | 4a | IRA distributions     4a           b Taxable amount | 4b | 75,412. |
| | 5a | Pensions and annuities 5a           b Taxable amount | 5b | |
| | 6a | Social security benefits 6a        b Taxable amount | 6b | |
| | 7  | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 7 | |
| **Standard Deduction for—** <br> • Single or Married filing separately, $12,400 <br> • Married filing jointly or Qualifying widow(er), $24,800 <br> • Head of household, $18,650 <br> • If you checked any box under Standard Deduction, see instructions. | 8  | Other income from Schedule 1, line 9 | 8 | -4,842. |
| | 9  | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | 9 | 74,147. |
| | 10 | Adjustments to income: | | |
| | a  | From Schedule 1, line 22    10a | | |
| | b  | Charitable contributions if you take the standard deduction. See instructions   10b | | |
| | c  | Add lines 10a and 10b. These are your **total adjustments to income** ▶ | 10c | |
| | 11 | Subtract line 10c from line 9. This is your **adjusted gross income** ▶ | 11 | 74,147. |
| | 12 | Standard deduction or itemized deductions (from Schedule A) | 12 | 14,050. |
| | 13 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | 13 | 0. |
| | 14 | Add lines 12 and 13 | 14 | 14,050. |
| | 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | 15 | 60,097. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040** (2020)

Form 1040 (2020) Page **2**

| | | | |
|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 16 | 9,007. |
| 17 | Amount from Schedule 2, line 3 | 17 | |
| 18 | Add lines 16 and 17 | 18 | 9,007. |
| 19 | Child tax credit or credit for other dependents | 19 | |
| 20 | Amount from Schedule 3, line 7 | 20 | |
| 21 | Add lines 19 and 20 | 21 | |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 9,007. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 10 | 23 | 0. |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | 24 | 9,007. |
| 25 | Federal income tax withheld from: | | |
| a | Form(s) W-2 .......... **25a** 162. | | |
| b | Form(s) 1099 ......... **25b** 7,541. | | |
| c | Other forms (see instructions) .... **25c** | | |
| d | Add lines 25a through 25c | 25d | 7,703. |
| 26 | 2020 estimated tax payments and amount applied from 2019 return | 26 | |
| 27 | Earned income credit (EIC) ..... **27** | | |
| 28 | Additional child tax credit. Attach Schedule 8812 ... **28** | | |
| 29 | American opportunity credit from Form 8863, line 8 . **29** | | |
| 30 | Recovery rebate credit. See instructions ...... **30** | | |
| 31 | Amount from Schedule 3, line 13 ......... **31** | | |
| 32 | Add lines 27 through 31. These are your **total other payments and refundable credits** ▶ | 32 | |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | 33 | 7,703. |

- If you have a qualifying child, attach Sch. EIC.
- If you have nontaxable combat pay, see instructions.

**Refund**

Direct deposit?
See instructions.

| | | | |
|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | |
| 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ▶ ☐ | 35a | |
| ▶b | Routing number XXXXXXXXX  ▶c Type: ☐ Checking  ☐ Savings | | |
| ▶d | Account number XXXXXXXXXXXXXXXXX | | |
| 36 | Amount of line 34 you want applied to your 2021 estimated tax . ▶ **36** | | |

**Amount You Owe**
For details on how to pay, see instructions.

| | | | |
|---|---|---|---|
| 37 | Subtract line 33 from line 24. This is the **amount you owe now** ▶ | 37 | 1,304. |
| | Note: Schedule H and Schedule SE filers, line 37 may not represent all of the taxes you owe for 2020. See Schedule 3, line 12e, and its instructions for details. | | |
| 38 | Estimated tax penalty (see instructions) ......... ▶ **38** | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions ........ ▶ ☒ Yes. Complete below.  ☐ No

Designee's name ▶ Robin Hult, CPA     Phone no. ▶ (303)447-3114     Personal identification number (PIN) ▶ 8 8 2 8 4

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return?
See instructions.
Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ |
|---|---|---|---|
| | | Attorney | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶ |

Phone no.     Email address

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| Robin Hult, CPA | Robin Hult, CPA | 10/15/2021 | ▓▓▓▓▓▓ | ☒ Self-employed |
| Firm's name ▶ HULT CPA FIRM, PC | | | | Phone no. (303)447-3114 |
| Firm's address ▶ 2600 S ROCK CREEK PKWY APT 21-203 SUPERIOR CO 80027 | | | Firm's EIN ▶ | ▓▓▓▓▓▓ |

Go to www.irs.gov/Form1040 for instructions and the latest information.     BAA     REV 08/30/21 PRO     Form **1040** (2020)