IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00294-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

DIANE DALMY,

    Defendant.

---

## MOTION FOR SETTING DATE TO REPLY

---

I, Diane Dalmy, proceeding *pro se*, herewith move the Court to provide me a date certain by which to reply to the responses filed by the Government (ECF 23) and Probation Office (ECF 24) to my *Renewed Motion To Terminate Supervised Release* (ECF 20).

1.    On March 15, 2024, I filed a *Renewed Motion To Terminate Supervised Release* (ECF 20) in this Court, serving both the United States Attorney and the United States Probation Office with a copy of the document. On March 19, 2024, this Court directed the United States Attorney and the United States Probation Office to "respond to defendant's 20 MOTION for Early Termination of Probation on or before April 9, 2024."

2.    On April 9, 2024, the United States Attorney and the United States Probation Office responded. As is customary, the U.S. Probation Office response is sealed and unavailable to me. However, the Office provided me with a copy by email on April 11, 2024.

- *1* -

- 2 -

3.    I request that the Court grant me seven calendar days, or Thursday, April 18, 2024, by which to respond. The Probation Office filing contains over 100 pages, and will require time to fully review.

WHEREFORE, good cause having been shown, this Motion should be granted. The statements of fact made herein are true, under penalty of perjury.

Executed April 11, 2024

                                                                                                 Diane Dalmy  
                                                                               Reg. No. 25737-014  
                                                                               2000 East 12th Avenue, #32  
                                                                               Denver CO 80206  
                                                                               (303) 870-4211  
                                                                               ddalmy@earthlink.net

## CERTIFICATE OF SERVICE

I herewith certify pursuant to 28 U.S.C. § 1746 that I have transmitted a manually-signed original of the foregoing *Motion for Setting Date to Reply* by causing the same to ~~be sent through first-class mail, postage~~ *hand delivered* prepaid, addressed to the following:

> Clerk of Court
> U.S. District Court for
>    District of Colorado
> 901 19th Street, Room A105
> Denver CO, 80294-3589

and I have served a true and complete copy of the same by depositing said document by first-class mail, postage prepaid, addressed to the following:

| | |
|---|---|
| Laura Cramer-Babycz | Damillah Williams |
| Assistant United States Attorney | U.S. Probation Office |
| 1801 California Street | 1929 Stout Street, Ste. C-120 |
| Suite 1600 | Denver CO 80294 |
| Denver, CO 80820 | |

The foregoing statements are true under penalty of perjury.

Executed April 11, 2024

_____
Diane Dalmy

- 3 -