IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 23-cr-00294-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DIANE DALMY,

    Defendant.

_____

# ORDER
_____

    This matter is before the Court on defendant's Motion for Permission to travel [Docket No. 33]. In her motion, defendant asks the Court for permission to travel to Portland, Oregon and Seattle, Washington from May 8, 2024 through May 19, 2024. *Id*. at 1. The Probation Department defers to the Court regarding Ms. Dalmy's request. Docket No. 35 at 2. The government does not oppose the request. Docket No. 36. The Court will approve the defendant's travel request. Wherefore, it is

    **ORDERED** that the defendant's Motion for Permission to travel [Docket No. 33] is **GRANTED**. It is further

    **ORDERED** that defendant Diane Dalmy may travel to Portland, Oregon and Seattle, Washington from May 8, 2024 through May 19, 2024. It is further

    **ORDERED** that defendant Diane Dalmy shall provide a confirmed and updated itinerary regarding her travel schedule to her supervising probation officer on or before **May 6, 2024** with the following information:

    1.  The dates Ms. Dalmy will be in Portland, Oregon;

    2.  The dates Ms. Dalmy will be in Seattle, Washington;

3. Addresses of where Ms. Dalmy will be staying in both Portland, Oregon and Seattle, Washington;

4. Ms. Dalmy's full flight itinerary, including flight numbers, for travel to and from Colorado; and

5. How Ms. Dalmy plans on traveling from Portland, Oregan to Seattle, Washington, and, if applicable, shall provide either a flight itinerary, including flight numbers, or rental car reservation information.

DATED May 3, 2024.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge